UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BIN ZOU,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN F. KELLY[1], Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>  Defendants. | Case No. 2:17-cv-00075-JLR<br><br>[PROPOSED] ORDER |

This cause comes before the Court upon the parties' Stipulated Motion to Stay the Litigation. Upon consideration of the motion, the Court GRANTS the parties' request to hold proceedings in abeyance until May 19, 2017.

IT IS SO ORDERED.

DATED: _____

_____
HON. JAMES L. ROBART
United States District Judge

---

[1] On January 20, 2017, John F. Kelly was sworn in as Secretary of the U.S. Department of Homeland Security, automatically substituting for Jeh Johnson, former Secretary, as a party in accordance with Fed. R. Civ. P. 25(d).